UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



BRIAN TOTIN,

         Plaintiff,

  -against-

NEST SEEKERS LLC,

        Defendant.

20-CV-8078 (VEC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

      The parties have informed the Court that they have reached a settlement. It is hereby

ORDERED that the settlement conference scheduled for 2:15 this afternoon is ADJOURNED

*sine die*.

Dated: New York, New York
       January 4, 2021

                        **SO ORDERED**.

                        **BARBARA MOSES**
                        **United States Magistrate Judge**